Mason B. Starring, Jr., et al., as Executors of Mason
B. Starring, Deceased, Appellants and Respondents,
*v.* Hamilton Gas Company et al., Respondents and
Appellants.

(Argued April 19, 1935; decided May 3, 1935.)

*Alexander B. Siegel* and *Arthur B. Brenner* for plaintiffs, appellants and respondents.

*Bruce R. Tuttle* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: O'BRIEN and FINCH, JJ.